<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| | |
|---|---|
| **Debtor 1** | **Dustin John Richardson** |
| **Debtor 2** | **Sarah Nicole Richardson** |
| **United State Bankruptcy Court for the Eastern District of Tennessee** | |
| **Case Number  3:21-bk-30169-SHB** | |

OFFICIAL FORM 410C13-N

# TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

12/25

**The Trustee must file this Notice in a chapter 13 case within 45 days after the Debtor completes all payments due to the Trustee. Rule 3002.1(g)(1).**

## Part 1

**Mortgage Information**

_____

Name of claim holder:   **FIRST NATIONAL BANK OF ONEIDA**          Court claim no.: **21**
Last 4 digits of any number you use to identify the Debtor's account:     **None listed on claim**

Property address:        226 Water Street
                         Jacksboro, TN 37757

## Part 2

**Statement of Completion**

_____

The Debtor has completed all payments due the Trustee under the Chapter 13 plan. A copy of the Trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.NDC.org

## Part 3

**Arrearages Amount**

_____

a. Allowed amount of prepetition arrearage**:**                                    **$ 0.00**
b. Total amount of prepetition arrearage disbursed by the trustee:     **$ 0.00**
c. Total amount of post-petition arrearage disbursed by the trustee:   **$ 0.00**
d. Total amount of arrearages disbursed by the trustee:                     **$ 0.00**

## Part 4

**Post petition Payments**

_____

*Check one:*
__X__     Post-petition payments are made by the debtor.
_____     Post-petition payments are paid through the trustee.
Other: _____

      **If the Trustee has disbursed post-petition payments, complete a and b below; otherwise leave blank.**

      a. Total amount of post-petition payments disbursed by the Trustee as of date of notice:   **$**
      b. The last ongoing mortgage payment disbursed by the Trustee was the payment due for
      All subsequent ongoing mortgage payments must be made directly by the Debtor to the mortgage claimant.

## Part 5

**Post-petition Fees, Expenses, and Charges**

_____

Amount of post-petition fees, expenses, and charges disbursed by the trustee:   **$ 0.00**

**Part 6**

**A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

_____

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

|  | **s/ Debra L. Miller, Trustee** | Date :  **January 22, 2026** |
|---|---|---|

**Trustee**       Debra L. Miller, Standing Chapter 13 Trustee

**Address**       P.O. Box 59030

                        Knoxville, TN  37950

 **Contact Phone** (865) 524-4995                              **email:** mortgage@ch13etn.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Disbursements Made and Exhibit(s) were served on the parties listed below:

**By U.S. Mail as follows:**

**Debtor**:          Dustin Richardson, Sarah Richardson, 226 Water Street, Jacksboro, TN 37757

**Creditor**:       First National Bank of Oneida, PO Box 4699, Oneida, TN  37841-4699

**Creditor Noticing Address**:


**By ECF as follows:**

**Debtor Attorney**:          Joseph D. McReynolds

**U.S. Trustee**:                Tiffany DiIorio, U.S. Trustee's Office

**Creditor Attorney**:        Thomas H. Dickenson, Hodges, Doughty & Carson


Dated: January 22, 2026                                                   s/Debra L. Miller, Trustee (w/perm rhr)

                                                                                        Debra L. Miller, #19656-49 IN